# Order

Michigan Supreme Court
Lansing, Michigan

July 30, 2013

146939

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

LAWRENCE TERRY HUFFMAN,
    Defendant-Appellant.

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 146939
COA: 314443
Jackson CC: 11-004997-FH

_____/

    On order of the Court, the application for leave to appeal the March 6, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

p0722